**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7602

CHARLES M. CASSELL, III,

                Plaintiff - Appellant,

          v.

DOCTOR JAGUST; DOCTOR MICHALAS,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:06-ct-03025-BO)

Submitted:  January 30, 2009      Decided:  February 18, 2009

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles M. Cassell, III, Appellant Pro Se.  Elizabeth Pharr
McCullough, YOUNG, MOORE & HENDERSON, PA, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles M. Cassell, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.   Cassell v. Jagust, No. 5:06-ct-03025-BO (E.D.N.C. Aug. 5, 2008).   We deny the motions for appointment of counsel, to show cause and compel officials to supply materials, for injunctive relief, for reconsideration, and for access to this and other courts.   The motion "in the forma pauperis" is denied as moot.   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2